# United States District Court

FILED

FEB 2 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

**In the matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

3717 Princeton Road
Montgomery, AL 36111

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:06mj13-SRW

I, __Edward B. Kleppinger__ being duly sworn depose and say:

I am a(n) __Special Agent__ and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

3717 Princeton Road
Montgomery, AL 36111

in the __Middle__ District of __Alabama__

there is now concealed a certain person or property, namely (describe the person or property)

items relating to fraudulently filed FEMA applications and checks and a gun used by Bernetta Willis, while threatening a witness, informant, or victim of an ongoing federal case as well as other fruits and evidence of these crimes

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**property that constitutes evidence of the commission of a criminal offense, contraband, and property that has been used as a means of committing a criminal offense**

concerning violations of Title __18 United States Code, Section 641, 924(c) & 1512(a)(2)__.

The facts to support the issuance of a Search Warrant are as follows:
**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Edward B. Kleppinger_
Signature of Affiant

Sworn to before me and subscribed in my presence,

__January 27, 2006    10:10 am__       at   Montgomery, Alabama
Date                                                      City and State

Susan Russ Walker, U.S. Magistrate Judge
Name and Title of Judicial Officer

_[signature]_
Signature of Judicial Officer

# AFFIDAVIT

I, Edward B. Kleppinger, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) of the Department of Homeland Security (DHS), Office of Inspector General (OIG), Office of Investigations, assigned to investigate violations of Title 18, United States Code and other violations against DHS. I have 10 years of criminal investigative experience, six as a Special Agent with the Georgia Bureau of Investigation and four as a Special Agent with the federal government.

2. This affidavit is made in support of an application for a search warrant of the premises and curtalage located at 3717 Princeton Road, Montgomery, Alabama, for evidence of violation of Title 18, United States Code (USC), Section 287 (presenting False, Fictitious and Fraudulent Claims to a Government Agency), Title 18 USC, Section 641 (Theft of Government Property/Funds), 18 U.S.C., Section 924(c) (use of a firearm during a crime of violence), and Title 18 USC, Section 1512(a)(2) (Tampering with a Witness, Victim, or an Informant).

3. On August 29, 2005, following the landfall of Hurricane Katrina, President George W. Bush declared several counties in the State of Louisiana federal disaster areas (FEMA-1603-DR-LA), making qualified applicants eligible for Individual Assistance (IA) and Public Assistance (PA) disaster funds. The DHS, Federal Emergency Management Agency (FEMA) established a toll-free telephone number and an Internet web-based registration site for individuals to make applications for disaster assistance funds under their housing assistance program. Because of the catastrophic emergency situation, FEMA expedited payment of $2,000.00 in funds without immediate verification of the authenticity by an inspector of the individual claims. These funds are intended to provide emergency compensation for emergency housing, shelter or food needs to those applicants displaced by the disaster. FEMA will also arrange with the applicant a future date for an inspector to visit and assess any further housing and other disaster assistance funding needs.

4. On Friday, January 20, 2006, Special Agent Ed Kleppinger took a proffer from Valarie Howard. Howard had previously been indicted and arrested on a one-count violation of 18 United States Code (USC), Section 641, Case No. 2:05cr269-T. The charges stated that Howard knowingly and willfully did embezzle, steal, purloin, and convert to her own use and the use of others, without authority, approximately $2,000.00 check issued by the Federal Emergency Management Agency (FEMA), an agency of the United States Government, to which she was not entitled. When questioned how she received the money, Howard stated that right after Katrina hit the Gulf Coast area, she received a telephone call at her house from Bernetta Willis (a/k/a Lashay, Nettie, Hi-Girl) from Willis's cellular telephone, (334) 561-6020. Willis told Howard that Willis was going to "hook" Howard up with some money. Willis stated that she just

1

needed Howard's name and address to send the check. Agent Kleppinger asked if Howard knew Litasha Washington. The OIG had identified several FEMA checks sent to Willis's address in Montgomery addressed to Washington. Howard stated that Willis had a girlfriend/lover named Tasha. Howard did not know her last name, but identified her as a black female, approximately 19-20 years old, with dreads or twists in her hair. This description fits subject Litasha Washington. The OIG is also investigating Washington for FEMA fraud.

5. On Tuesday, January 24, 2006, Agent Kleppinger interviewed Valarie Howard via telephone. Howard stated that Willis had threatened to kill her and pulled out a handgun and pointed it at Howard in the early morning of January 23, 2006 outside of the Rose Supper Club, 954 Highland Ave., Montgomery, AL 36104. Howard stated that Willis pulled a pistol on her and told her that she (Willis) was going to blow her (Howard's) head off because Howard was going to testify against her in court about the FEMA checks. Howard drove to the MPD after the threat and Willis followed in her own vehicle continuing to threaten Howard with the gun brandished. Howard stated that "Tasha" and "Poo-Poo" were also in Willis' vehicle. The OIG believes "Tasha" is Litasha Washington and had previously identified "Poo-Poo" as Karsten King, also under investigation by the OIG. Howard stated that she had filed a warrant with the Montgomery Police Department (MPD) against Bernetta Willis. Upon further investigation with the MPD, the OIG determined Howard filed a Deposition, but did not obtain a warrant after being advised by the MPD to contact the federal authorities regarding her plea status and ongoing case. The Deposition was made on January 23, 2006, and conforms to the statement Howard subsequently gave to Agent Kleppinger on January 24, 2006.

6. On Wednesday, January 25, 2006, Assistant Special Agent in Charge (ASAC) of the Department of Homeland Security (DHS), Office of Inspector General, Terry C. Crump interviewed Howard, regarding this incident in person. Agent Kleppinger, Special Agent James Whitlock, (also with the DHS/OIG), and Assistant U.S. Attorney Christopher Snyder were also present. During the interview, Howard reiterated the incident of January 23, 2006, with the same details. She also provided the names of several witnesses who could corroborate the events.

7. Upon a conversation with Agent Crump, I have been informed that he interviewed Lee Williams, who was a security guard at the Rose Supper Club on Thursday, January 26, 2006. Prior to their conversation, Agent Crump informed me that he verified Williams's employment at the Rose Supper Club on Wednesday, January 25, 2006. Agent Crump also informed me that Williams stated the following:

   a. that he was a security guard at the Rose Supper Club on the morning of January 23, 2006;

2

  b. that Willis, who he had known for several years, had pulled a gun on Howard outside of the club;

  c. that while he was attempting to subdue the situation and walk Willis to her car, Willis stated that she was "going to kill that Bitch" because she (Howard) was going to testify against her.

8. Prior to the incident with Howard, the OIG had already initiated an investigation on Bernetta Willis on October 5, 2005. The OIG interviewed Willis on several occasions. Willis claimed she lived at 2700 Whitney Avenue, Apartment 617, Harvey, Louisiana, when Hurricane Katrina hit the Gulf Coast on August 29, 2005. Willis provided the OIG with a photocopy of a lease for said address. The apartment complex is currently abandoned and attempts to contact management have provided negative results. Willis has denied knowing Litasha Washington. A query of the National Emergency Management Information System (NEMIS) indicates that the following checks were sent to 3717 Princeton Road, Montgomery, Alabama:

| Rgsn. Number | Name on Application | Claimed Damaged Address | Claimed Mailing Address | Check Amounts |
|---|---|---|---|---|
| 91-1257731 | Bernetta R Willis | 2700 Whitney Ave Apt 807 Harvey, LA | 3717 Princeton Road Montgomery, AL | $2,000 |
| 91-1257731 | Bernetta R Willis | 2700 Whitney Ave Apt 807 Harvey, LA | 3717 Princeton Road Montgomery, AL | $2,358 |
| 93-1121535 | Bernetta L Willis | 2700 Whitney Ave Apt 803 Harvey, LA | 3717 Princeton Road Montgomery, AL | $2,000 |
| 93-1121535 | Bernetta L Willis | 2700 Whitney Ave Apt 803 Harvey, LA | 3717 Princeton Road Montgomery, AL | $2,358 |

These checks were issued by FEMA for disaster assistance. The claims were all filed to FEMA under disaster number 1603, Louisiana.

9. On Tuesday, December 6, 2005, the OIG interviewed Bernetta Willis at the Joint Field Office (JFO), Montgomery, Alabama. Willis could not identify any major streets near her apartment building in Harvey, Louisiana, except Manhattan Street. Willis could not provide any other street names or directions on how to get to her apartment complex. Willis stated she was staying at 617 Whitney Avenue, Emerald Apartments. Willis stated that the rent at Whitney Avenue was $506 when in fact that was not the rent indicated on the application. Willis stated that she did receive and cash two checks from FEMA. After she was told that there were four checks were issued in her name, Willis then stated that she cashed two checks, maybe three. Willis stated that she did not file the claims, but someone named Ms. Shirley who was staying at the Peddler's Inn in

3

Montgomery, Alabama, filed the claim for her. Willis know did not what information or data Ms. Shirley had told FEMA to put in the claims. The OIG had previously attempted to locate Ms. Shirley at the Peddler's Inn with negative results. Willis claimed she was living with David Turner in Louisiana with two of her children and the other two children stayed in Montgomery with her current landlord, Elizabeth Grant.

10. On Thursday, December 8, 2005, the OIG received a fax from the Alabama Department of Human Resources (DHS). The OIG had requested information on DHR benefit recipient Bernetta Willis, SSN 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. DHR provided the OIG a document containing information on Bernetta Willis, 3717 Princeton Road. According this information, Willis has been receiving DHR benefits from November 2004 through December 2005.

11. On Sunday, December 11, 2005, the OIG interviewed Elizabeth Grant. Grant was Willis's current landlord. Willis rented property at 3717 Princeton Road, Montgomery, Alabama. Grant also knew Willis as "Nettie". According to Grant, Willis was always in and out of town and Grant watched her children on several occasions. Grant was not sure where Willis would go, but Willis would pay Grant to watch her children. Willis had sometimes been gone for a week or more. The address at 3717 Princeton Road was previously a boarding house that Grant rented to several occupants. Grant provided the OIG with the pink copy from her receipt book that had receipt number 217564 indicating that on August 1, 2005, Willis paid Grant $500.00 cash. Grant could not recall at the time of the interview if this was for both watching the children and boarding fees. Grant thought she started watching Willis's children in October 2005. Grant also presented the OIG with another receipt dated September 2, 2005, receipt number 217566. This receipt was for the first rent payment from Willis to rent the whole house at 3717 Princeton Road. The receipt was for $600.00 cash and had a balance due of $400.00.

12. On Wednesday, December 14, 2005, the OIG received a report from Montgomery (Alabama) Public Schools. Agent Kleppinger had requested school records for Bernetta Willis's children. The OIG was investigating possible fraudulent claims submitted to FEMA in the name of Bernetta Willis. The OIG investigation has revealed that Willis has used the last names McQueen and Warner.

The information received can be summarized as follows:

| Name | School | Date Entered | Date Withdrawn |
|---|---|---|---|
| Leshedrick Willis | Floyd Elementary | | 11/16/2005 |
| Eddie McQueen | Southlawn Elementary | 08/10/2004 | N/A |
| Mercedes McQueen | Southlawn Middle | 08/10/2004 | N/A |
| Lexus McQueen | Southlawn Elementary | 08/11/2004 | N/A |

4

The guardian information for all of the children except Leshedrick Willis identifies the guardian as Bernetta Willis at 5331 Lola Lane. The OIG has identified 5331 Lola Lane as Willis' mother's address.

13. On Tuesday, January 24, 2006, Agent Kleppinger received a report from the MPD identifying Willis and Washington being arrested by MPD for Theft of Property. The address listed in the report for both is 3717 Princeton Road, Montgomery, Alabama, 36111.

14. Based on my experience in conducting and participating in search warrants, the experience and knowledge of conducting search warrants to which I have been exposed, and my instruction through the DHS and elsewhere, I know:

    a. That persons possess in their residences, businesses, other real property and vehicles over which they have dominion and control, documents which indicate their occupancy and/or ownership such as: personal mail, checkbooks, identification, notes, correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, photographs, leases, mortgage bills, vehicle registration information, ownership warranties, receipts for vehicle parts and repairs, telephone answering machine introductions, that persons often have containers of undeveloped photographic film, containing photographs (when developed) of themselves occupying the property and vehicles and that these containers of film are usually located within the property and/or vehicles which are under their dominion and control.

15. Furthermore, on January 25, 2006, I was informed by Special Agent Jennifer Ruden of the Department of Alcohol, Firearms, and Tobacco (ATF), that based upon her experience in conducting and participating in search warrants, the experience and knowledge of conducting search warrants to which she has been exposed, and her instruction at the ATF academy, she knows:

    a. That most people store their firearms in their homes; and

    b. That persons who possess firearms usually possess other items related to firearms, such as: gun cases, ammunition, ammunition magazines, holsters, spare parts, cleaning equipment, photographs of firearms and receipts for the purchase of these items.

16. Therefore based on the facts set forth above, I believe there is probable cause that items relating to fraudulently filed FEMA applications and checks are present at 3717 Princeton Road, Montgomery, Alabama, and a gun used by Bernetta Willis, while threatening a witness, informant, or victim of an ongoing federal case will be located at this address.

*Edward B. Kleppinger*

Edward B. Kleppinger,
Special Agent
Department of Homeland Security
Office of Inspector General

Subscribed and sworn to
before me this 27th day
of Jan., 2006.

_____
United States Magistrate Judge

6